United States District Court
Southern District of Texas
FILED

MAY 2 8 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

ROSALINDA VILLASENOR          :
                              :
VS.                           :          CIVIL ACTION NO._____
                              :                    **(JURY DEMANDED)**
STATE FARM FIRE AND CASUALTY  :
COMPANY AND GARY GONZALEZ     :

B-02-113

---

## PETITION PROVIDING NOTIFICATION OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, **STATE FARM FIRE & CASUALTY COMPANY**, Defendant in the above styled and numbered cause, pursuant to 28 U.S.C. §1446, filing this *Petition Providing Notification of Removal* and for cause would show the court as follows:

**I.**

Plaintiff, ROSALINDA VILLASENOR, instituted a civil action in the 197th Judicial District Court of Cameron County, Texas, against Defendants, STATE FARM FIRE AND CASUALTY COMPANY and GARY GONZALEZ. True copies of all process and pleadings from the State Court litigation are separately filed contemporaneous with the filing of this Petition of Removal.

**II.**

This action is properly removable under 28 U.S.C. §1441(a) because the United States District Court has original jurisdiction pursuant to 28 U.S.C. §1332(a). The Plaintiff's Original Petition filed in state court is "silent" as the residence of the Plaintiff, Rosalinda Villasenor. Notwithstanding, the Plaintiff is a resident of the State of Wisconsin. STATE FARM FIRE AND CASUALTY COMPANY is an Illinois corporation

whose principal place of business is Bloomington, Illinois.   Gary Gonzalez is a resident of the State of Texas.

### III.

This is an uninsured motorist case in which the Plaintiff also alleges that the Defendants engaged in extra-contractual torts, including breach of the implied covenant of good faith and fair dealing. Such claims are by their very nature each independent of the other. *Liberty Nat'l Fire Ins. Co. v. Akin*, 927 SW2d 627 (Tex. 1996) citing *Viles v. Security Nat'l Ins. Co.*, 788 SW2d 566, 567 (Tex. 1990).

### IV.

Additionally, or in the alternative, the Plaintiff has fraudulently joined the Co-Defendant, Gary Gonzalez.  Mr. Gonzalez cannot be liable for breach of the insurance contract.  Nor may Mr. Gonzalez be liable regarding alleged extra contractual tort claims occurring while in the course and scope of his employment.

### V.

The Plaintiff sues for "the policy limits of her uninsured motorist policy, exemplary damages, treble damages, prejudgment interest, post-judgment interest, mental anguish damages, court costs, and attorney's fees". See Plaintiff's Original Petition, page 3.

Defendant represents that the subject insurance policy provides $100,000 per person in uninsured/underinsured motorist coverage. Thus, the Plaintiff's policy limits and extra contractual tort claims easily exceed $100,000.   As such, the United States District Court has jurisdiction based on diversity pursuant to 28 U.S.C. §1332(a)(1). This court has original jurisdiction of all civil actions where the amount in controversy exceeds $75,000, exclusive of interest and costs.

### VI.

Notice of this removal to the United States District Court has been provided the 197th Judicial District Court of the State of Texas from which this suit originated and to counsel for Plaintiff.

*WHEREFORE, PREMISES CONSIDERED*, STATE FARM FIRE AND CASUALTY COMPANY prays that this action be removed from the 197th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division; and, for such other and further relief which STATE FARM FIRE AND CASUALTY COMPANY may be entitled to receive.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:_____
    **CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT, STATE FARM FIRE AND CASUALTY COMPANY

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the ___28___ day of May, 2002:

**VIA CM/RRR NO. 7001 2510 0004 2061 5659**

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, TX 78520

_____
Craig H. Vittitoe

CERTIFIED COPY

FILED-BELL-JULI-11-O'CLOCK
AURORA DE LA GARZA DIST. CLERK

MAY 24 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
Deputy

### CAUSE NO. 2002-04-1790-C

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | &#124; | IN THE 197TH JUDICIAL |
| VS. | &#124; | DISTRICT COURT OF |
| | &#124; | |
| STATE FARM FIRE AND | &#124; | |
| CASUALTY COMPANY AND | &#124; | |
| GARY GONZALEZ | &#124; | CAMERON COUNTY, TEXAS |

---

**JURY DEMAND OF DEFENDANTS,
STATE FARM FIRE AND CASUALTY COMPANY and GARY GONZALEZ**

---

*TO THE HONORABLE JUDGE OF SAID COURT:*

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, the Defendants, **STATE FARM FIRE AND CASUALTY COMPANY and GARY GONZALEZ**, have deposited with the District Clerk of Cameron County, Texas, the jury fee of Thirty and no/100 Dollars ($30.00) and does make this, its Jury Demand, in the above styled and numbered cause.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By:_____
    **CRAIG H. VITTITOE**
State Bar No. 20593900
CCID No. 1214
ATTORNEYS FOR DEFENDANTS,
STATE FARM FIRE AND CASUALTY COMPANY
AND GARY GONZALEZ

## CERTIFICATE OF SERVICE

**CERTIFIED COPY**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the _____ day of May, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 East 7th Street, Suite A
Brownsville, TX 78520

_____
Craig H. Vittitoe

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE
BY
DEPUTY

DISTRICT COURT CAMERON COUNTY, TEXAS

LAW OFFICES OF **CERTIFIED COPY**

# ADAMS & GRAHAM, L.L.P.

### AFFILIATED WITH HILL GILSTRAP RIGGS
### ADAMS & GRAHAM, L.L.P.

**CRAIG H. VITTITOE**
Partner

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL. (956) 428-7495    FAX (956) 428-2954
adamsgraham.com

**AFFILIATE OFFICES**
**AUSTIN**
**CHICAGO**
**DALLAS/FORT WORTH**
**LITTLE ROCK**

May 24, 2002

Mrs. Aurora de la Garza                     **HAND-DELIVERED**
**CAMERON COUNTY DISTRICT CLERK**
*CAMERON COUNTY COURTHOUSE*
974 East Harrison Street
Brownsville, TX 78520

Re:    **Cause No. 2002-04-1790-C, in the 197th Judicial District Court, Cameron County, Texas; Rosalinda Villasenor vs. State Farm Fire & Casualty Company and Gary Gonzalez; A&G File No. S-1795**

Dear Mrs. de la Garza:

Please find enclosed herewith the *Original Answer*, as well as a *Jury Demand*, on behalf of the Defendants, **STATE FARM FIRE & CASUALTY COMPANY and GARY GONZALEZ,** which we ask that you kindly file with the papers of the above styled and numbered cause. Also enclosed is our firm's check in the amount of $30.00 to cover the jury fee.

We also enclose a copy of the enclosed documents and would appreciate same being file marked and returned to this office.

We are, by copy of this letter, this date mailing a copy of the enclosed documents to Plaintiff's attorney as shown below.

Sincerely,

ADAMS & GRAHAM, L.L.P.

**CRAIG H. VITTITOE**

CHV:mrq
Enclosures: 1) Defendants' Original Answer
            2) Defendants' Jury Demand and fee

[7-mrq] C:\FILES\S\S1795\CLK\CLERK-001.wpd

Mrs. Aurora de la Garza
**CAMERON COUNTY DISTRICT CLERK**
*Cause No. 2002-04-1790-C*
May 24, 2002
Page 2

**CERTIFIED COPY**

xc:    Mr. Michael R. Cowen        **letter & enclosures**
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, TX 78520
Phone (956) 541-4981
Fax   (956) 504-3674

CERTIFIED COPY

FILED ___10:33___ O'CLOCK ___A___M
AURORA DE LA GARZA DIST. CLERK
MAY 2 4 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS

## CAUSE NO. 2002-04-1790-C

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | &#124; | IN THE 197TH JUDICIAL |
| VS. | &#124; | DISTRICT COURT OF |
| STATE FARM FIRE AND CASUALTY COMPANY AND GARY GONZALEZ | &#124; | CAMERON COUNTY, TEXAS |

---

**ORIGINAL ANSWER OF DEFENDANTS,
STATE FARM FIRE AND CASUALTY COMPANY and GARY GONZALEZ**

---

*TO THE HONORABLE JUDGE OF SAID COURT:*

COMES NOW Defendants in this cause, **STATE FARM FIRE AND CASUALTY COMPANY (State Farm) and GARY GONZALEZ (Gonzalez)**, filing this their Original Answer respectfully showing the Honorable Court as follows:

### I.

### Special Exceptions

A.   State Farm specifically denies the Plaintiff's allegations contained in Plaintiff's Original Petition that all conditions precedent to recovery have been satisfied.

B.   State Farm specifically excepts to Plaintiff's Original Petition, Paragraph IV, where the Plaintiff pleads a recovery for "gross negligence" and "exemplary damages" for the reason that such damages may not be sought nor recovered in an uninsured motorist contract claim against this Defendant. See *Government Employees Insurance Co. (GEICO) v. Lichte*, 792 SW2d 546 (Tex. Civ. App. - El Paso, 1990) writ den'd other grds., 825 SW2d 431.

C.   Defendants specially except to Plaintiff's Original Petition in its entirety due to the failure of the Plaintiff to factually plead the total actual damages and the total punitive sought in her petition as required by the Texas Rules of Civil Procedure; and, of this special exception, Defendants prays that the Court order the Plaintiff to plead such particulars.

## II.

### Denial of Conditions Precedent

State Farm affirmatively denies that all conditions precedent to recovery have been satisfied.

Furthermore, the Plaintiff failed to give adequate written notice of her claims as required by Art. 21.21, §16(e). The Plaintiff failed to provide written notice providing a specific statement of her complaints, the amount of actual damages, and attorneys fees.

Such denial is supported by the attached Affidavit that is incorporated for all purposes.

## III.

### General Denial

The Defendants deny generally and singularly each and every allegation of the Plaintiff and demand strict proof thereof.

## IV.

### Affirmative Defenses and Denials

Pleading further, State Farm asserts the following affirmative defenses and special denials in this cause as follows:

A.    Defendant admits that it issued a Wisconsin automobile policy that provides uninsured/under-insured motorist coverage with limits per person and per occurrence for bodily injury.

B.    Defendant pleads a credit and/or offset as to any liability insurance coverage insuring any tort feasor proximately causing the accident and alleged injuries made the subject of suit.

C.    Defendant pleads that if there is any liability to the Plaintiff, that such liability be solely limited to the uninsured/under-insured policy limits of its insurance policy.

D.    Defendant pleads that if it has any liability to the Plaintiff, then in such event, State Farm pleads the Medical Expense payment offset and/or credit as provided for within the insurance policy.

E.    Defendant pleads that the claim of the Plaintiff for the recovery of punitive or exemplary damages pursuant to her uninsured/under-insured motorist policy contract coverage is precluded.

F.    Defendant pleads that the motor vehicle accident giving rise to this suit was not a "hit-and-run" accident as described in Section III. (2)(a)(b) of the subject policy.

CERTIFIED COPY

G.    Defendant pleads that the Plaintiff breached the subject insurance policy by failing to provide information and submit to an examination by a physician of Defendants' choice. The Plaintiff breached the policy provision entitled "REPORTING A CLAIM - INSURED'S DUTIES", Paragraph IV (a)(1)(2).

H.    Defendant pleads a bona fide dispute regarding the Plaintiff's uninsured motorist claim.

I.    Defendant specifically denies any breach of duty to the Plaintiff and upon such denial, Defendants pleads the affirmative burden of proof incumbent upon the Plaintiff to prove her respective uninsured motorist claim and causes of action by a preponderance of the evidence.

## V.

### Unconstitutionality of Punitive Damages

**These legal contentions are for the court only.** The claims for punitive, exemplary, or enhanced damages and/or any judgment for same are unenforceable due to the following:

A.    On their face and as applied to the facts of this case, punitive, exemplary, and enhanced damages are criminal or quasi-criminal in nature, and Plaintiffs should therefore be required to prove the basis of such damages beyond a reasonable doubt; the failure to require Plaintiffs to do so amounts to a denial of due process and due course of law and of equal protection under the Constitutions of the United States of American and the State of Texas.

B.    On their face and as applied to the facts of this case, punitive, exemplary, and enhanced damages would constitute a taking of property without due process of law in contravention of the due process and due course of law provision of the Constitutions of the United States of America and the State of Texas.

C.    On their face and as applied to the facts of this case, under Texas law the measure of damages is so vague and ambiguous that the basis of such damages can not clearly and readily be identified in advance so as to guide the behavior of individuals and entities in their actions, thus constituting an ex post facto law, which is prohibited by the Constitutions of the United States of America and the State of Texas.

D.    On their face and as applied to the facts of this case, punitive, exemplary, and enhanced damages would violate the Excessive Fines Clause of the Eighth Amendment of the Constitution of the United States of America, as applied through the Fourteenth Amendment of the same constitution.

**CERTIFIED COPY**

WHEREFORE, PREMISES CONSIDERED, State Farm Fire and Casualty Company and Gary Gonzalez pray that upon final hearing that the Plaintiff not recover as prayed; that Defendants prevail in all matters; and, for such other and further relief that Defendants may show themselves justly entitled to receive.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By:_____
   **CRAIG H. VITTITOE**
   State Bar No. 20593900
   CCID No. 1214

ATTORNEYS FOR DEFENDANTS
STATE FARM FIRE AND CASUALTY AND
GARY GONZALEZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following counsel of record on this the ____ day of May, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 East 7th Street, Suite A
Brownsville, TX 78520

Craig H. Vittitoe

**CERTIFIED COPY**

FILED _10 30_ O'CLOCK _A_ M
AURORA DE LA GARZA DIST. CLERK

MAY 2 4 2002

DISTRICT COURT OF CAMERON COUNTY TEXAS

## CAUSE NO. 2002-04-1790-C

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | ) | IN THE 197TH JUDICIAL |
| VS. | ) | DISTRICT COURT OF |
| STATE FARM FIRE AND CASUALTY COMPANY AND GARY GONZALEZ | ) | CAMERON COUNTY, TEXAS |

## AFFIDAVIT

| | |
|---|---|
| THE STATE | ) |
| OF TEXAS | ) |

BEFORE ME, the undersigned authority, personally appeared JOHN SPARKES, who under oath, deposed on the behalf of the Defendants as follows:

1. My name is JOHN SPARKES and I am over the age of eighteen years of age and mentally competent to make this affidavit.

2. The affirmative defense contained within Paragraph II of the attached Original Answer is true and correct upon my personal knowledge.

Affiant sayeth further not.

_____
JOHN SPARKES

SWORN TO AND SUBSCRIBED BEFORE ME this 23rd day of May, 2002, by JOHN SPARKES.

_____
Notary Public in and for the
**STATE OF TEXAS**



[NOTARY SEAL]

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS
DATE _____
BY _____ DEPUTY



STACEY L. DAVIS
MY COMMISSION EXPIRES
February 7, 2006

AFFIDAVIT OF JOHN SPARKES - Page 1 of 1
[7-xxx] G:\WLESS\LITTIG\AFFIDAVIT\AFF-SPARKES.wpd

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.002.01

**CERTIFIED COPY**

No. 2002-04-001790-C

**ORIGINAL**

# THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: STATE FARMFIRE AND CASUALTY COMPANY
    THROUGH ITS ATTORNEY
    JERRY B. JENSEN
    8900 AMBERGLEN BLVD.
    AUSTIN, TEXAS 78729-1110

the _____ DEFENDANT _____ , GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 197th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on APRIL 30, 2002 .  A copy of same accompanies this citation.

The file number of said suit being No. 2002-04-001790-C.

The style of the case is:

ROSALINDA VILLASENOR
VS.
STATE FARM FIRE AND CASUALTY COMPANY AND GARY ORTE

Said petition was filed in said court by _____ MICHAEL R. COWEN _____ (Attorney for _____ PLAINTIFF _____ ), whose address is 765 E. 7TH STREET, SUITE A BROWNSVILLE, TX.  78520 .

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 1st day of _____ MAY _____ , A.D. 2002.

CERTIFIED COPY

## R E T U R N   O F   O F F I C E R

Came to hand the _____ day of _____, _____, at _____ o'clock ___.M., and executed (not executed) on the _____ day of _____, _____, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____.

Cause of failure to execute this citation is _____

_____

FEES serving 1 copy

Total....... $_____                 Sheriff/constable _____ County,

Fees paid by:_____           By _____ Deputy

ORIGINAL

**..FFICERS RETURN OF SERVICE**

COUNTY: CAMERON                    CASE # 2002041790C          **COURT 197**
                                                              Clt. Ref.#                    Clt.#    1610

ROSALINDA VILLASENOR

**CERTIFIED COPY**

VS

STATE FARM FIRE AND CASUALTY CO. & GARY ORTE

The documents came to our hand for service on 05/06/02  Time: 1...

Documents received for service:

**CITATION PLAINTIFF'S ORIGINAL PETITION**

The documents were delivered on **05/09/02  Time: 14:20:00**

Executed at: 8900 Amberglen Blvd.
             Austin, TX 78729

to the following: **State Farm Fire And Casualty Co.**
                  **By Delivering To Paul Martin, Staff Attorney**

✓   PERSONALLY delivering the document(s) to the person above.
___  SUBSTITUTE SERVICE per Order by delivering to _____ in person
     who is sixteen (16) years of age or older, at the above listed address which is the
     usual place of abode/business of the above named person.
___  POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:                                    Jerry Beay

Citation for Personal Service  - GENERAL _____    Lit. Seq. # 5.003.01

No. 2002-04-001790-C

**ORIGINAL**

THE   STATE   OF   TEXAS **CERTIFIED COPY**

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: GARY GONZALEZ
    STATE FARM INSURANCE COMPANIES
    505 S."P" STREET
    HARLINGEN, TEXAS 78553

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 197th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on  APRIL 30, 2002 .  A copy of same accompanies this citation.

The file number of said suit being No. 2002-04-001790-C.

The style of the case is:

ROSALINDA VILLASENOR
VS.
STATE FARM FIRE AND CASUALTY COMPANY AND GARY ORTE

Said petition was filed in said court by ____ ____ MICHAEL R. COWEN (Attorney for _____PLAINTIFF_____); whose address is 765 E. 7TH STREET, SUITE A BROWNSVILLE, TX  78520 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the  1st  day of ___MAY___ , A.D. 2002 .

AURORA DE LA GARZA        DISTRICT CLERK

R E T U R N   O F   O F F I C E R    **CERTIFIED COPY**

Came to hand the ___2___ day of __MAY__, _2002_, at _3:00_ o'clock _P.M._, and

executed (~~not executed~~) on the ___3___ day of __MAY__, _2002_, by delivering to _8:40 Pm_

_Gary Gonzalez c/o STATE FARM insurance companies_ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the _plaintiffs original petition_ .

Cause of failure to execute this citation is: _____

_____

FEES serving 1 copy          _____

Total....... $_____     Sheriff/constable _amerid_ County, TEXAS

Fees paid by:_____   By _____ ~~Deputy~~

TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 5/8/02
BY _____ DEPUTY

DISTRICT COURT
CAMERON CO. TEX.

EDUARDO GONZALEZ
NOTARY PUBLIC
STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 21, 2006

SUBSCRIBED AND SWORN TO BEFORE ME
ON _____
CERTIFY WHICH WITNESS MY HAND AND
OFFICIAL SEAL
NOTARY PUBLIC STATE OF TEXAS

FILED ____ O'CLOCK ____ M
AURORA DE LA GARZA DIST. CLERK
MAY 0 3 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS    DEPUTY

CERTIFIED COPY

CAUSE NO. 2002-04-1790-C

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | CAMERON COUNTY, TEXAS |
| STATE FARM FIRE AND | § | |
| CASUALTY COMPANY AND | § | |
| GARY GONZALEZ | § | |

197 [JUDICIAL DISTRICT
AURORA DE LA GARZA DIST CLERK
APR 3 0 2002
DISTRICT COURT OF

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Rosalinda Villasenor files this her Plaintiff's Original Petition complaining of

Defendants State Farm Fire and Casualty Company and Gary Gonzalez. For cause of action,

Plaintiff would show the Honorable Court as follows:

### I.

### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery pursuant to a level three discovery control plan.

### II.

### PARTIES

Defendant Gary Gonzalez is an individual residing in Cameron County, Texas. He may be

served with process at his place of employment, State Farm Insurance Companies, 505 S. "P" Street,

Harlingen, Texas 78553.

Defendant State Farm Fire and Casualty Company is an insurance company that can be

served through its attorney for service, Jerry B. Jensen, 8900 Amberglen Blvd., Austin, Texas 78729-

1110.

Venue is proper in Cameron County because Defendant Gonzalez resides in the county.

CERTIFIED COPY

## III.

## FACTS

Plaintiff is an insured under an uninsured/underinsured motorist insurance policy issued by Defendant State Farm.  On or about February 4, 2000, Plaintiff was involved in a wreck that was caused by the negligence of a driver who fled the scene of the wreck.  She was injured in the wreck, and subsequently made a claim for uninsured motorist benefits.

Defendant State Farm assigned Defendant Gary Gonzalez as the adjustor handling the file. Defendants have failed to timely accept or deny the claim, and have refused to offer adequate compensation for the claim.  She suffered herniated dics at C6/C7 and C7/T1, and needs a surgery that will entail over $50,000.00 in medical bills.  However, Defendants have offered only $10,000.00 to compensate her for these serious injuries.  Therefore, Plaintiff has been forced to file this lawsuit.

## IV.

## CAUSES OF ACTION

A.  **Breach of Contract** Defendant State Farm has breached his contract by failing to timely pay the benefits owed under the policy.  For damages, Plaintiff seeks her policy benefits and attorney's fees.

B.  **Common Law Bad Faith** Defendant State Farm has committed common law bad faith, and has breached the implied covenant of good faith and fair dealing, in its handling of this claim.

C.  **Article 21.21** Defendants State Farm and Gonzalez have violated article 21.21 of the Texas Insurance Code in their handling of this case.

D.  **Article 21.55** Defendants State Farm and Gonzalez have violated article 21.55 of the Texas

CERTIFIED COPY

Insurance Code in their handling of this case.

E.   **Malice** Defendants State Farm and Gonzalez have acted with malice, and are thus liable for exemplary damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that citation be issued and Defendants be served, and that, upon trial on the merits, Plaintiff recover judgment against Defendants, jointly and severally, for the policy limits of her uninsured motorist policy, exemplary damages, treble damages, prejudgment interest, postjudgment interest, mental anguish damages, court costs, and attorney's fees.

RESPECTFULLY SUBMITTED,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
     Michael R. Cowen
     Texas Bar No. 00795306



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 5/28/02
BY _____ DEPUTY

LAW OFFICES OF

# MICHAEL R. COWEN, P.C.

765 E. 7th Street, Suite A • Brownsville, Texas 78520
Telephone 956/541-4981 • Facsimile 956/504-3674

MICHAEL R. COWEN
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

April 30, 2002

Mrs. Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, Tx. 78520

> Re:   <u>Rosalinda Villasenor vs. State Farm Fire and Casualty Company</u>
> <u>and Gary Gonzalez</u>

Dear Mrs. De La Garza:

Enclosed for filing in connection with the above referenced cause, please find:

1)   The original and a copy of Plaintiff's Original Petition;

4)   Our check in the amount of $191.00 to cover the filing fee and issuance of citations.

Please file the original and attach the copy to the citations to be served on Defendants at the address given on page one of the petition.

Please place the citation in Eddie Gonzalez' box and he will pick them up for service on Defendants.

Thank you for your assistance in this matter.

Yours truly,

MICHAEL R. COWEN, P.C.

Michael R. Cowen

MRC/lg

xc:   Eddie Gonzalez, PCP                    <u>Fax No.: 546-5551</u>

RUN DATE 05/28/02
RUN TIME 3:03 PM

* * * * C L E R K ' S   E N T R I E S * * * *

CERTIFIED COPY

ROSALINDA VILLASENOR

VS

STATE FARM FIRE AND CASUALTY COMPANY AND GARY ORTE

00549801                                                      (01)
MICHAEL R. COWEN
765 E. 7TH STREET, SUITE A
BROWNSVILLE, TX.              78520 0000        PERSONAL INJURY,

00001214
HON. CRAIG H. VITTITOE
P.O. DRAWER 1429
HARLINGEN TX.                 78551 1429

04/30/02 ORIGINAL PETIT
05/01/02 CITATION: STATI
                  COMPANY
05/01/02     SERVED: 05/(
05/01/02 CITATION: GARY
05/24/02     SERVED: 05/(
05/24/02 ORIGINAL ANSWEI
                  CASUALTY COMPAN
05/24/02 ORIGINAL ANSWEI
05/24/02 JURY FEE: Pd. I