

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSALINDA VILLASENOR | : |
| VS. | : CIVIL ACTION NO. B-02-113 |
| STATE FARM FIRE AND CASUALTY COMPANY AND GARY GONZALEZ | : (JURY DEMANDED) |

## CO-DEFENDANT'S CONSENT TO REMOVE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, **GARY GONZALEZ**, Co-Defendant in the above styled and numbered cause, filing this his Consent to Removal pursuant to 28 U.S.C. § 1441 and § 1446, showing the Court as follows:

**I.**

Defendant, STATE FARM FIRE AND CASUALTY COMPANY has filed a Petition of Removal in the United States District Court for the Southern District of Texas, Brownsville Division, removing the case from the 197th Judicial District Court of Cameron County, Texas.

**III.**

Gary Gonzalez consents to such removal.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By: _____
**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT,
GARY GONZALEZ

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the ___28___ day of May, 2002:

**VIA CM/RRR NO. 7001 2510 0004 2061 5659**

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, TX 78520

_____
Craig H. Vittitoe