United States District Court
Southern District of Texas
FILED

MAY 28 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSALINDA VILLASENOR             :
                                 :
VS.                              :    CIVIL ACTION NO. B-02-113
                                 :            (JURY DEMANDED)
STATE FARM FIRE AND CASUALTY     :
COMPANY AND GARY GONZALEZ        :

## LIST OF ALL COUNSEL OF RECORD

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 East 7th Street, Suite A
Brownsville, Texas 78520
Phone (956) 541-4981
Fax   (956) 504-3674
State Bar No. 00795306

*Attorney for Plaintiff,*
*Rosalinda Villasenor*


Mr. Craig H. Vittitoe
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P. O. Box 1429
Harlingen, TX 78551-1429
Phone (956) 428-7495
Fax   (956) 428-2954
Federal Bar I.D. No. 18756
State Bar No. 20593900

*Attorney for Defendants,*
*State Farm Fire and Casualty Company,*
*Gary Gonzalez*