4

United States District Court
Southern District of Texas
FILED

MAY 28 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

ROSALINDA VILLASENOR :
:
VS. : CIVIL ACTION NO. B-02-113
: **(JURY DEMANDED)**
STATE FARM FIRE AND CASUALTY :
COMPANY AND GARY GONZALEZ :

# MEMORANDUM IN SUPPORT OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Movant STATE FARM FIRE AND CASUALTY COMPANY, the Defendant in the above referenced cause, and files this *Memorandum in Support of Removal* in order to clarify the issues for the Court and in support of Defendant's removal of this cause from the 197th Judicial District Court of Cameron County, Texas.

1. Removal is governed by 28 U.S.C. 1441 and 1446. U.S.C. §1441(a) provides that "...any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court... for the district and division embracing the place where such action is pending."

2. 28 U.S.C. §1446 contains the procedure for removal. Section 1446(a) requires a statement of removal with a short and plain statement of the grounds for

removal together with the papers served upon the Defendant(s) in the state court action.

3. This case is removable due to the existence of diversity jurisdiction. The United States District Court has jurisdiction based on diversity pursuant to 28 U.S.C. §1332(a)(1). The district court has original jurisdiction of all civil actions where the amount in controversy exceeds $75,000 exclusive of interest and costs and is between citizens of different states.

4. The Plaintiff is a resident of the State of Wisconsin. Movant is a foreign corporation to Texas having its principal place of business in Bloomington, Illinois; Co-Defendant, Gary Gonzalez, is a resident of the State of Texas. Thus, complete diversity exists.

WHEREFORE PREMISES CONSIDERED, STATE FARM FIRE AND CASUALTY COMPANY prays that the Court consider the authorities cited; schedule the case for trial; and, for such other and further relief that Defendant may show itself justly entitled.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:____________________________

**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT, STATE FARM FIRE AND CASUALTY COMPANY

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the 28 day of May, 2002:

**VIA CM/RRR NO. 7001 2510 0004 2061 5659**

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, TX 78520

____________________________
Craig H. Vittitoe