

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROSALINDA VILLASENOR | : |
| | : |
| VS. | : CIVIL ACTION NO._____ B-02-113 |
| | : (JURY DEMANDED) |
| STATE FARM FIRE AND CASUALTY | : |
| COMPANY AND GARY GONZALEZ | : |

## JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, **STATE FARM FIRE AND CASUALTY COMPANY**, Defendant in the above styled and numbered cause, filing this its Jury Demand respectfully advising the Court that pursuant to the Federal Rules of Civil Procedure, that this Defendant timely prays for a trial by jury.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By:_____
**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANT, STATE
FARM FIRE AND CASUALTY COMPANY

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the ____ day of May, 2002:

**VIA CM/RRR NO. 7001 2510 0004 2061 5659**

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, TX 78520

_____
Craig H. Vittitoe