IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-113 |
| | § | (JURY DEMANDED) |
| STATE FARM FIRE AND | § | |
| CASUALTY COMPANY AND | § | |
| GARY GONZALEZ | § | |

## CERTIFICATE LISTING ENTITIES FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION

TO THE HONORABLE UNITED STATED DISTRICT COURT:

COMES NOW, Counsel for Plaintiff, **ROSALINDA VILLASENOR**, Michael R. Cowen of the Law Firm of Michael R. Cowen, P.C. and files this certificate disclosing to the Court all entities that are financially interested in the outcome of this litigation. Those persons or entities are identified as follows:

1.   **Rosalinda Villasenor, Plaintiff;**

2.   **State Farm fire and Casualty Company, Defendant;**

3.   **Gary Gonzalez, Defendant.**

**WHEREFORE, PREMISES CONSIDERED**, counsel prays that this certificate be filed among the papers of this cause.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

_____
Michael R. Cowen
Federal I.D. No. 19967
Texas Bar No. 00795306

ATTORNEY FOR PLAINTIFF
ROSALINDA VILLASENOR

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of June, 2002, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

**Regular U.S. Mail**
Mr. Craig H. Vittitoe
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX. 78551-1429

_____
Michael R. Cowen