United States District Court
Southern District of Texas
FILED

JUN 0 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSALINDA VILLASENOR         :
                             :
VS.                          :         CIVIL ACTION NO. B-02-113
                             :         **(JURY DEMANDED)**
STATE FARM FIRE AND CASUALTY :
COMPANY AND GARY GONZALEZ    :

## CERTIFICATE LISTING ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, counsel for the Defendants, STATE FARM FIRE AND CASUALTY COMPANY AND GARY GONZALEZ, Craig H. Vittitoe of the law firm of Adams & Graham, L.L.P., filing this the certificate disclosing to the court all entities that are financially interested in the outcome of this litigation. Those persons or entities are identified as follows:

1.   **Rosalinda Villasenor, Plaintiff**

2.   **State Farm Fire and Casualty Company, Defendant**

3.   **Gary Gonzalez, Defendant**

*WHEREFORE, PREMISES CONSIDERED*, counsel prays that their certificate be filed in the papers of the case.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By: _____
**CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANTS,
STATE FARM FIRE AND CASUALTY
COMPANY AND GARY GONZALEZ

### CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the 29 day of May, 2002:

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 East 7th Street, Suite A
Brownsville, TX 78520

_____
Craig H. Vittitoe