IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-113 |
| | § | (JURY DEMANDED) |
| STATE FARM FIRE AND | § | |
| CASUALTY COMPANY AND | § | |
| GARY GONZALEZ | § | |

### CERTIFICATE OF WRITTEN DISCOVERY

The following documents were served on counsel for Defendants on the 11TH day of JULY, 2002:

1. Plaintiff Responses to Defendant's Request for Disclosure.

2. Plaintiff's Answers to Defendant's Request for Interrogatories

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

_____
Michael R. Cowen
Texas Bar No. 00795306
Fed Id no. 19967
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the \_\_\_15th\_\_\_ day of July, 2002 a true and correct copy of the foregoing document was sent to opposing counsels by certified mail :

Mr. Craig Vittitoe
ADAMS & GRAHAM, L.L.P.
P.O. Box Drawer 1429,
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429

_____
Michael R. Cowen