IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 29 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-113 |
| | § | (JURY DEMANDED) |
| STATE FARM FIRE AND | § | |
| CASUALTY COMPANY AND | § | |
| GARY GONZALEZ | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

The following documents were served on counsel for Defendants on the 29TH day of JULY, 2002:

    1.    Plaintiff's Responses to Defendant Request for Production.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

_____
Michael R. Cowen
Texas Bar No. 00795306

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the __29th__ day of July, 2002 a true and correct copy of the foregoing document was sent to opposing counsels by certified mail :

Mr. Craig Vittitoe
ADAMS & GRAHAM, L.L.P.
P.O. Box Drawer 1429,
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429

_____
Michael R. Cowen