IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 4 2002

Michael N. Milby
Clerk of Court

ROSALINDA VILLASENOR

VS.

STATE FARM FIRE AND CASUALTY
COMPANY AND GARY GONZALEZ

CIVIL ACTION NO. B-02-113
**(JURY DEMANDED)**

# (UNOPPOSED) PLAINTIFF'S MOTION TO DISMISS DEFENDANT, GARY GONZALEZ WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Plaintiff, by and through her attorney of record, filing this motion entitled "(Unopposed) Plaintiff's Motion to Dismiss Defendant, Gary Gonzalez Without Prejudice", respectfully showing the Honorable Court as follows:

### I.

The Plaintiff desires to dismiss Gary Gonzalez without prejudice. The Plaintiff desires to continue the prosecution of her suit against the remaining Defendant, State Farm Fire and Casualty Company.

*WHEREFORE, PREMISES CONSIDERED*, Plaintiff prays that this motion be granted; and, that the court dismiss Gary Gonzalez without prejudice.

### CERTIFICATE OF CONFERENCE

I have conferred with counsel for both Defendants; and, Mr. Vittitoe is unopposed to this motion.

Respectfully submitted,

**MICHAEL R. COWEN, P.C.**
765 East 7th Street
Brownsville, TX 78520
956/541-4981
956/504-3674 (FAX)

By: _____
**MICHAEL R. COWEN**
State Bar No. 00795306
ATTORNEY FOR PLAINTIFF
ROSALINDA VILLASENOR
Fed. I.D. 19967

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true and correct copy of the above and foregoing instrument was forwarded to the following attorney of record, on this the ____ day of August, 2002:

Mr. Craig H. Vittitoe
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429

_____
MICHAEL R. COWEN

## CERTIFICATE OF CONFERENCE

    I, Michael R. Cowen, hereby certify that I have conferred with Defendant's counsel, Mr. Craig H. Vittitoe, and he is in agreement with this motion.

_____
Michael R. Cowen