IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-02-113 |
| | : | **(JURY DEMANDED)** |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY AND GARY GONZALEZ | : | |

# ORDER

The Court grants the Plaintiff's motion to dismiss Gary Gonzalez without prejudice.

**IT IS ORDERED** that Gary Gonzalez is Dismissed without prejudice.

This cause shall continue as to the remaining Defendant, State Farm Fire and Casualty Company.

DONE THIS the 9 day of September, 2002 in Brownsville, Texas.

HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Copies to:

Craig H. Vittitoe, **ADAMS & GRAHAM, L.L.P.**, P.O. Drawer 1429, Harlingen, TX 78551-1429

Michel Cowen, **MICHAEL R. COWEN, P.C.**, 765 East 7th Street, Suite A, Brownsville, TX 78520