United States District Court
Southern District of Texas
FILED

SEP 24 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-02-113 |
| | : | **(JURY DEMANDED)** |
| STATE FARM FIRE AND CASUALTY | : | |
| COMPANY AND GARY GONZALEZ | : | |

## JOINT MOTION FOR ABATEMENT PENDING ARBITRATION

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW the parties Plaintiff, **ROSALINDA VILLASENOR**, and Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, by and through their respective counsel of record, filing this their *Joint Motion for Abatement Pending Arbitration* respectfully showing the Honorable Court as follows:

I.

This is an uninsured/underinsured motorist case. The Plaintiff sues for the recovery of actual damages as provided for in a policy of insurance. The Plaintiff also sues for extra contractual tort damages.

**II.**

The insurance policy made the subject of suit was issued in the State of Wisconsin by State Farm Fire & Casualty Company. The policy includes a provision requiring arbitration. Both parties acknowledge the requirement to arbitrate the contractual matters made the subject of suit, including fault for the motor vehicle accident and resulting damages. There remains a dispute as to whether or not arbitration is required to resolve the extra contractual tort claims also joined in this lawsuit.

**III.**

The parties earnestly believe that arbitration, including other alternative dispute resolution mechanisms may resolve the case in controversy. The parties reasonably believe that after the completion of informal discovery, including deposition testimony, that the matter can be submitted to arbitration prior to the end of the calendar year.

*WHEREFORE, PREMISES CONSIDERED*, the parties jointly move that this matter be abated until such time as the parties may undertake additional informal discovery; and, submit the case to arbitration prior to December 31, 2002.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
222 East Van Buren, West Tower
Harlingen, Texas 78551-1429
956-428-7495
956-428-2954 (Fax)

By: _____ 9/18
    **CRAIG H. VITTITOE**
Federal Bar I.D. No. 18756
State Bar No. 20593900

ATTORNEYS FOR DEFENDANTS,
STATE FARM FIRE AND CASUALTY
COMPANY AND GARY GONZALEZ


**MICHAEL R. COWEN, P.C.**
765 East 7th Street
Brownsville, TX 78520
956/541-4981
956/504-3674 (FAX)

By: _____
    **MICHAEL R. COWEN**
State Bar No. 00795306   Fed ID# 19467
ATTORNEY FOR PLAINTIFF
ROSALINDA VILLASENOR