## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
OCT 08 2002
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 10 — 08 — 02 |
| TIME | a.m. / a.m.  <br> 2:00 p.m. — 2:10 p.m. |
| CIVIL ACTION | B — 02 — 113 |
| STYLE | Rosalinda Villasenor <br> *versus* <br> State Farm Fire & Casualty, et al |

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference:        (Rptr.  Breck Record)

Michael Cowen           for    ■ Ptf. #_____    ☐ Deft. #_____

Craig Vittitoe          for    ☐ Ptf. #_____    ■ Deft. #_____

■    Order to be entered: A scheduling order will be entered.

1.  The Court GRANTED the Joint Motion For Abatement Pending Arbitration [Dkt. No. 14]. The case is abated through December 31, 2002.

2.  The Court ORDERED the parties to inform the Court immediately of the results of mediation and/or arbitration.

3.  A status conference is scheduled for January 13, 2003 at 1:30 p.m., if the case is not resolved before that time.