| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ROSALINDA VILLASENOR §
§
versus § CIVIL ACTION B-02-113
§
STATE FARM FIRE & CASUALTY, et al §

United States District Court
Southern District of Texas
ENTERED

OCT 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2-3__ days.         ☐ Bench    ■ Jury

2. New parties must be joined by:                                __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The case is abated through:                                   **December 31, 2002**
   *(Parties to inform the Court immediately of the results of mediation and/or arbitration)*

4. A status conference is scheduled for 1:30 p.m.                **January 13, 2003**

5. The plaintiff's experts will be named with a report furnished by:  **February 14, 2003**

6. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

7. Discovery must be completed by:                               **April 15, 2003**

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

*******************************The Court will provide these dates*****************************

8. Dispositive Motions will be filed by:                         **May 15, 2003**

9. Joint pretrial order is due:                                  **August 22, 2003**
   *(The plaintiff is responsible for filing the pretrial order on time.)*

10. Docket Call and final pretrial conference is set for 1:30 p.m. on:  **September 4, 2003**

11. Jury Selection is set for 9:00 a.m. on:                      **September 8, 2003**
    *(The case will remain on standby until tried.)*

Signed _October 17_, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge