*17*

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas  ☐ Levesque |

| DATE | 01 | 13 | 03 |
|---|---|---|---|

| TIME | | a.m. | | | a.m. |
|---|---|---|---|---|---|
| | 1:40 | p.m. | | 2:00 | p.m. |

| CIVIL ACTION | B | 02 | 113 |
|---|---|---|---|

| STYLE | Villasenor |
|---|---|
| | *versus* |
| | State Farm |

United States District Court
Southern District of Texas
FILED

JAN 1 4 2003

Michael N. Milby
Clerk of Court

DOCKET ENTRY

(HGT)  ■ Status Conference:          (Rptr.  Breck Record  )

Michael Cowen            for    ■ Ptf. #_____   ☐ Deft. #_____

Craig Vittitoe           for    ☐ Ptf. #_____   ■ Deft. #_____

■       Comments:

1.   The parties have agreed to arbitrate the case in February.

2.   Plaintiff's medical expenses are approximately $10,000.