IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSALIND VILLASENOR, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action B-02-113 |
| § | |
| STATE FARM FIRE & CASUALTY, ET AL. § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on January 13, 2003, the Court held a status conference at which the parties represented that they intend to arbitrate this matter in February 2003. The Court hereby **ORDERS** the parties to appear at a status conference on March 3, 2003, at 3:00 p.m., unless the parties notify the Court that the case has settled.

DONE at Brownsville, Texas, this 13th day of January 2003.

_____
Hilda G. Tagle
United States District Judge