Feb 25 03 03:11p  ADAMS&GRAHAM LLP  (956)428-2954  p.4
Case 1:02-cv-00113  Document 19  Filed in TXSD on 02/25/2003  Page 1 of 2

19

LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.
AFFILIATED WITH HILL GILSTRAP RIGGS
ADAMS & GRAHAM, L.L.P.

**CRAIG H. VITTITOE**
Partner

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL. (956) 428-7495   FAX (956) 428-2954
adamsgraham.com

**AFFILIATE OFFICES**
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

United States District Court
Southern District of Texas
FILED

FEB 2 5 2003

Michael N. Milby
Clerk of Court

February 21, 2003

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
520 East Levee
Brownsville, TX 78520
Phone (956) 541-4981

**VIA FAX DELIVERY 956/504-3674**
**& U.S. 1ST CLASS MAIL**

Re: Civil Action No. B-02-113 in the United States District Court for the Southern District of Texas - Brownsville Division; Rosalinda Villasenor vs. State Farm Fire & Casualty Company; A&G File No. S-1795

## STIPULATION OF SETTLEMENT

Dear Michael:

This confirms the settlement of this case. Trusting this stipulation of settlement accurately sets out the terms of the settlement, please sign and return back to me via facsimile and regular U.S. mail.

The parties agree to settle this case upon the following terms:

1) State Farm Fire & Casualty Company agrees to pay the Plaintiff and your offices the sum total of $18,304.00 to settle and conclude all claims and causes of action made the subject of suit, including those claims for uninsured motorist benefits, including claims for extra contractual tort;

2) You agree to return to me State Farm Fire & Casualty Company previously issued draft that has not been negotiated in the amount of $3,450.00 made payable to John Ventura and Rosalinda Villasenor with the understanding that such draft shall be "voided" and have no effect; and

3) My firm will prepare a release and settlement agreement for execution by Rosalinda Villasenor specifically releasing State Farm Fire & Casualty Company from all claims and causes of action made the subject of suit, including uninsured motorist claims and claims for extra contractual tort; and

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
February 21, 2003
Page 2

   4)  My firm will prepare an agreed motion and order of dismissal for signature by ourselves and the court concluding this case with each party to bear their respective court costs incurred.

I contemplate delivering the settlement draft and the settlement papers, the motion and order of dismissal to your attention sometime next week.

Upon return back of this stipulation of settlement properly signed I will advise Judge Tagle's staff that the case has been settled and make the appropriate inquiry as to whether or not it is necessary for us to appear at the scheduled Status Conference scheduled for 3:00 p.m. on March 3, 2003.

Sincerely,

ADAMS & GRAHAM, L.L.P.

CRAIG H. VITTITOE

CHV:arq

*Agreed and approved:*

MICHAEL R. COWEN, P.C.
Attorney of record for:
*Rosalinda Villasenor*

Date: 2/24/2003

[7-00n] C:\FILES\0\1793\COUNSEL\COWEN-020.wpd