United States District Court
Southern District of Texas
FILED

MAY 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA VILLASENOR | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. B-02-113 |
| | : | **(JURY DEMANDED)** |
| STATE FARM FIRE AND CASUALTY COMPANY | : | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW, the Plaintiff, **ROSALINDA VILLASENOR**, and Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, by and through their attorneys of record presenting this their *Agreed Motion to Dismiss with Prejudice*, respectfully showing the Honorable Court as follows:

**I.**

The parties to this motion have compromised and settled the dispute.

**II.**

All court costs are to be paid by the party incurring the same.

**III.**

The parties desire that this cause be dismissed with prejudice as to all parties, claims and causes of action.

**WHEREFORE, PREMISES CONSIDERED**, the parties pray that this cause be dismissed with prejudice.

Respectfully submitted,

**MICHAEL R. COWEN, P.C.**
520 East Levee
Brownsville, TX 78520
956/541-4981
956/504-3674 (FAX)

By:_____
    MICHAEL R. COWEN
State Bar No. 00795306
ATTORNEY FOR PLAINTIFF,
ROSALINDA VILLASENOR

*APPROVED AS TO FORM AND SUBSTANCE:*

**ADAMS & GRAHAM, L.L.P.**
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495
956/428-2954 (Fax)

By:_____
    CRAIG H. VITTITOE
State Bar No. 20593900
ATTORNEY FOR DEFENDANT, STATE FARM
FIRE AND CASUALTY COMPANY