21

United States District Court
Southern District of Texas
ENTERED

MAY 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROSALINDA VILLASENOR          :
                              :
VS.                           :       CIVIL ACTION NO. B-02-113
                              :       (JURY DEMANDED)
STATE FARM FIRE AND CASUALTY  :
COMPANY                       :

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY came the court in response to the motion presented by the parties entitled "*Agreed Motion to Dismiss with Prejudice*". The Court finds that the Plaintiff, **ROSALINDA VILLASENOR**, and Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, have compromised and settled their dispute. The court further finds that the cause should be dismissed with prejudice as to all parties, claims and causes of action.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this suit is dismissed with prejudice and that all court costs are assessed against the party incurring the same.

Additionally, **IT IS ORDERED ADJUDGED and DECREED** that all relief not specifically recited herein is DENIED.

DONE THIS the _15_ day of _May_, 2003 in Brownsville, Texas.

HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
*SOUTHERN DISTRICT OF TEXAS*
*BROWNSVILLE DIVISION*

AGREED:

MICHAEL R. COWEN
State Bar No. 00795306
520 East Levee, Brownsville, TX 78520
Phone: 956/541-4981
Attorney for Plaintiff,
ROSALINDA VILLASENOR

CRAIG H. VITTITOE
State Bar No. 20593900
P.O. Drawer 1429, Harlingen, TX 78551-1429
Phone: 956/428-7495
Attorney for Defendant, STATE FARM FIRE
AND CASUALTY COMPANY